# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **REGINALD KEITH BALL,** ) | | |
| Plaintiff ) | Civil Action No.: 7:15cv00003 | |
| ) | | |
| v. ) | | |
| ) | **ORDER** | |
| ) | | |
| **CHRISTIE MICHELLE BAILEY,** ) | By: PAMELA MEADE SARGENT | |
| Defendant. ) | United States Magistrate Judge | |

This matter is before the court on the defendant's Motion For Summary Judgment, (Docket Item No. 32) ("Motion"). Based on the arguments, evidence and representations of the parties, and for the reasons stated in the Memorandum Opinion also entered on this date, the Motion is **DENIED**.

The Clerk's Office is directed to send copies of this Order and the Memorandum Opinion also entered on this date to all counsel of record and unrepresented parties.

DATED: July 29, 2015.

                                                /s/ *Pamela Meade Sargent*
                                                UNITED STATES MAGISTRATE JUDGE